JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JIN LIU,

    Petitioner,

     v.

NOEM KRISTI et al.,

    Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-00325-CAS-DTB

**JUDGMENT**

Pursuant to the Court's Order at Dkt. 12,

IT IS HEREBY ADJUDGED that the Petition is denied as moot and this action is dismissed without prejudice.

Dated: February 23, 2025

*Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE